SARAH A. BLY, Respondent, v. THE EDISON ELECTRIC ILLU-MINATING COMPANY OF NEW YORK, Appellant.

*Bly* v. *Edison Electric Ill. Co.*, 111 App. Div. 170, affirmed.
(Submitted March 13, 1907; decided April 16, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 15, 1906, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to restrain the continuance of an alleged nuisance and to recover past damages therefor.

*Henry J. Hemmens* and *J. Haviland Tompkins* for appellant.

*Frank M. Hardenbrook* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., VANN, WERNER, WILLARD BART-LETT, HISCOCK and CHASE, JJ. Dissenting: GRAY, J,